**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SAMIR AHMAD EL MASRI,**

    **Plaintiff,**

v.                                                    Case No.  8:03-cv-1978-T-30MSS

**JACQUES CHRYSOCHOOS a/k/a**
**JACQUES CHRYSOSCHOOS, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Chrysochoos' Motion to Compel Arbitration and/or to Stay this Action (Dkt. # 162) and Plaintiff's Response (Dkt. # 169).  The Court, having considered the motion and being otherwise fully advised, finds arbitration to be appropriate.  The agreement to arbitrate contained in the Correspondent Customer Margin Agreement and Option Account Agreement and Approval Form executed by the Plaintiff for account number 01549 applies to all of Plaintiff's claims.  See Belke v. Merrill Lynch, Pierce, Fenner & Smith, 693 F.2d 1023, 1028 (11th Cir. 1982), overruled on other grounds by Dean Witter Reynolds, Inc. v. Byrd, 470 U.S. 213 (1985); Zink v. Merrill Lynch Pierce Fenner & Smith, Inc., 13 F.3d 330, 334 (10th Cir. 1993).

It is therefore ORDERED AND ADJUDGED that:

1.     Defendant Chrysochoos' Motion to Compel Arbitration and/or to Stay this Action (Dkt. # 162) is GRANTED.

2. This action is hereby STAYED. The Clerk is directed to administratively close this file until the Court is notified that arbitration has been completed.

3. The parties are directed to notify the Court when arbitration has been completed.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2003\03-cv-1978 Chrysochoos\03-cv-1978.compel arbitration.wpd