## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SAMIR AHMAD EL MASRI,

    Plaintiff(s),

v.                                      CASE NO:  8:03-CV-1978-T-30MSS

JACQUES CHRYSOCHOOS, et al.,

    Defendant(s).

_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*. A review of the Court file indicates a need for the Court to be updated regarding the status of arbitration in this case. It is therefore

ORDERED AND ADJUDGED that the parties are directed to file a Status Report in this cause **within fourteen (14) days** of this Order.

**DONE** and **ORDERED** in Tampa, Florida on December 6, 2005.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2003\03-cv-1978.status report.wpd*